**UNITED STATES DISTRICT COURT**

**DISTRICT OF MONTANA**

**MISSOULA DIVISION**

| | | |
|---|---|---|
| ARLENE JOSEPH, | ) | CV-11-114-M-JCL |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT IN A CIVIL CASE |
| vs. | ) | |
| | ) | |
| LINEHAUL LOGISTICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**  X  ** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court.** This action came before the Court for bench trial, hearing or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants on unpaid overtime wages claim and in favor of Plaintiffs on wrongful discharge claim in the amount of $68,456.50.

Dated this 28th day of September, 2012.

PATRICK E. DUFFY, CLERK

By:   /s/ Nicole Stephens

Nicole Stephens, Deputy Clerk